IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHEILA KILGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil No. 3:18-cv-00312-RJC-DSC |

### ORDER

Upon stipulation of the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $6,750.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. <u>See</u> Document #26. Accordingly, Plaintiff's "Motion for Fees…" (document #23) is <u>granted in part</u> and <u>denied in part</u>.

If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Suite 390, P.O. Box 669468, Charlotte, North Carolina 28266, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED**.

Signed: November 8, 2019

David S. Cayer
United States Magistrate Judge